# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**CRYSTAL GREEN, on behalf of Juvenile M.G.**,

    Plaintiff,

v.

**ANDY CARTER CLEMENTS JR. d/b/a ABBEVILLE DISCOUNT PHARMACY and ELIZABETH C. CANNON**,

    Defendants.

Civil Action No. 5:12-CV-100 (HL)

## ORDER

On November 6, 2012, the Court held a hearing on Wilcox County Department of Family and Children Services' Motion to Quash Subpoena and Motion for Protective Order (Doc. 19) and Plaintiff's Motion to Quash Subpoena and for a Protective Order Relative to Subpoenas Issued by Defendants to the Wilcox County Department of Family and Children Services (Doc. 22). Also addressed during the hearing was a subpoena issued to the Georgia Bureau of Investigation requesting records relating to M.G.

As stated from the bench during the hearing, the Court has reviewed the records from DFACS and the GBI and finds that they are necessary for the determination of an issue before the Court. The admissibility of the records will be addressed at trial.

Counsel for Defendants is ordered to draft and circulate among the attorneys a confidentiality order relating to both the DFACS and GBI records. Once the attorneys agree on the confidentiality order, defense counsel is to submit the proposed order to the Court. The proposed order should be submitted to the Court no later than November 16, 2012. Upon entry of the confidentiality order, unredacted copies of the records will be released to defense counsel. Defendants are further ordered to reimburse the State for the cost of producing the DFACS records.

The Motions to Quash (Docs. 19 and 22) are denied.

**SO ORDERED**, this 7th day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh